

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

July 9, 1969

Honorable Robert S. Calvert
Comptroller of Public Accounts
State Capitol
Austin, Texas  78711

Opinion No. M-428

Re:  Whether bequests under
     a will to towns of
     Edinburg, Johnson County,
     Indiana, and Waco,
     McLennan County, Texas,
     for the purpose of main-
     taining cemeteries are
     exempt from inheritance
     tax.

Dear Mr. Calvert:

Your letter directed to this office requesting a written opinion reads, in part, as follows:

". . . /Decedent7. . . died testate a resident of McLennan County, Texas, on August 16, 1967, and all the required reports under the Inheritance Tax Law have been made and filed with this Department.

"Under the terms of the last will and testament of the deceased, bequests of five per cent of the income from the . . . /Decedent's7. . . Foundation were made to each of the following:

> "(1)  'Town of Edinburg, Johnson County, Indiana, for the purpose of mainte- nance and upkeep of the Rest Haven Cemetery, Edinburg, Indiana.'

> "(2)  'City of Waco, McLennan County, Texas, for the purpose of maintenance and upkeep of Oakwood Cemetery, Waco, Texas.'

"Your Department has passed on similar questions in Opinions M-110 and M-228.  Therefore, we wish

- 2136 -

to be advised whether or not these bequests
are exempt as provided under Article 14.015
of Chapter 14, Title 122A, Taxation-General."

You have furnished us with a copy of the last will
of Decedent, together with a letter from the Attorney
representing his estate, which enclosed a Xerox copy of
Article 2, Chapter 8, Title 1, of the Administrative Code
of the City of Waco covering Municipal Cemeteries. This
Article reads in part as follows:

"Article 2.-Municipal Cemeteries.

"SECTIONS 1-805. LOCATIONS AND NAMES.
There shall be four Public Cemeteries under
the control of the City of Waco, viz:
* * * *
"SECTION 1-805.3. 'OAKWOOD CEMETERY.'
Located south of the City of Waco, at the
terminus of South Fifth Street, about one
and a half miles from the public square."

Article 14.015, Revised Civil Statutes, Title 122A,
Taxation-General, reads, in part, as follows:

"Art. 14.015 Exempt Transfers

"The inheritance tax imposed by Article
14.01 shall not apply to the following trans-
fers of property:
* * * *
"(3) Public Use. Property transferred to
or for the use of this state or any town therein
for public purposes."

The Administrative Code of the City of Waco, supra,
provided for four public cemeteries (one of which is
Oakwood Cemetery), and places all four of them under the
control of the City of Waco, which makes it the duty of
the City to maintain them as public cemeteries. Main-
tenance of a public cemetery is certainly for a "public
use" and "public purpose." It follows that the bequest to
the City of Waco for the maintenance of this cemetery is
one which comes squarely within the provisions of Article
14.015, Section 3, supra, as being a transfer to a town
of this State for a public purpose or public use. It

Hon. Robert S. Calvert, page 3 (M-428)

relieves the City of Waco of a burden it would otherwise have to shoulder with City funds were it not for this bequest. We therefore hold it to be an exempt transfer.

The transfer, on the other hand, to the Town of Edinburg, Johnson County, Indiana, is not an exempt transfer because it is not a transfer to or for the use of a town within this State as provided in Article 14.015, Vernon's Civil Statutes, or for any other exempt purpose. Article 14.015(3) expressly contemplates an exemption for property transfers "for the use of this state or any town therein . . ." (Emphasis added)

### S U M M A R Y

A transfer to or for the use of a town within this State for public purposes is an exempt transfer. A transfer to or for the use of a town which is not a Texas town is not an exempt transfer.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Fisher A. Tyler
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
George Kelton, Vice-Chairman

Harold Kennedy
James McCoy
Fielding Early
Bob Lattimore

Hawthorne Phillips
Executive Assistant